UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED

SEP 2 5 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                                           INDICTMENT NO. 6:25-CR-81-CHB

**CRAIG E. CALLEN**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 2423(a)

On or about May 9, 2024, in Bell County, in the Eastern District of Kentucky, and elsewhere,

**CRAIG E. CALLEN**

did knowingly transport an individual who had not attained the age of 18 years in interstate commerce with the intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, Rape in the 3rd Degree under Kentucky Revised Statute § 510.060, all in violation of 18 U.S.C. § 2423(a).

### COUNT 2
### 18 U.S.C. § 2422(b)

In or about April 2024, the exact date unknown, and continuing until on or about May 9, 2024, in Bell County, in the Eastern District of Kentucky, and elsewhere,

## CRAIG E. CALLEN

did knowingly persuade, induce, entice, or coerce an individual under the age of 18, using a means or facility of interstate commerce, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Rape in the 3rd Degree under Kentucky Revised Statute § 510.060, all in violation of 18 U.S.C. § 2422(b).

**A TRUE BILL**

_____
**FOREPERSON**

_____
**PAUL C. McCAFFREY**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

Not less than 10 years and not more than imprisonment, a fine not more than $250,000, and a term of supervised release of at least 5 years and not more than life.

**PLUS:** Mandatory special assessment of $100.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses within Chapter 117 of the United States Code.

**PLUS:** Restitution if applicable.